IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MICHAEL HAGMAN,<br><br>Petitioner,<br><br>vs.<br><br>CAPTAIN BRAGG and ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>Respondent. | Cause No. CV 23-07-H-SEH<br><br>ORDER |

On January 26, 2023, Plaintiff Michael Hagman ("Hagman") filed a petition for writ of habeas corpus under 28 U.S.C. § 2254[1] and a motion to proceed in forma pauperis.[2] No official copy of Hagman's inmate trust account statement was filed.

On February 14, 2023, the Court ordered Hagman to file an inmate trust account statement by February 28, 2023.[3] None has been filed.

---

[1] Doc. 1.
[2] Doc. 2.
[3] Doc. 4.

**ORDERED:**

1. The case is **DISMISSED**.

2. The Clerk of Court is directed to close this matter and enter judgment in accordance with Fed. R. Civ. P. 58.

DATED this 7th day of March, 2023.

*[signature]*
Sam E. Haddon
United States District Court